JS-6

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10                                        Case No.  CV 17-04581-AB (SKx)
11   George E Burdett et al
12              Plaintiff,            ORDER DISMISSING CIVIL ACTION
13   v.
14   CBS Corporation et al
15              Defendants.
16

17
18        THE COURT having been advised by counsel that the above-entitled action has
19   been settled;
20        IT IS THEREFORE ORDERED that this action is hereby dismissed without
21   costs and without prejudice to the right, upon good cause shown within **30 days,** to re-
22   open the action if settlement is not consummated.  This Court retains full jurisdiction
23   over this action and this Order shall not prejudice any party to this action.

24
25   Dated:  March 12, 2018        _____
26                                 ANDRÉ BIROTTE JR.
27                                 UNITED STATES DISTRICT JUDGE
28